Jeffrey Brownson
Idaho State Bar No. 7474
LAW OFFICE OF JEFFREY BROWNSON
223 North 6th Street, Suite 215
Boise, Idaho 83702
(208) 342-5800
(208) 437-8041 (fax)
jb@jeffreybrownsonlaw.com

Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>KARINA RENEE MOORE,<br><br>             Defendant. | CASE NO. CR-19-00386-BLW<br><br>**NOTICE OF APPEARANCE** |

    Jeffrey Brownson of the LAW OFFICE OF JEFFREY BROWNSON enters his appearance as attorney of record for the Defendant in the above-entitled action.

    DATED this 3rd day of January 2020.

                                                      /s/ Jeffrey Brownson

1 •     NOTICE OF APPEARANCE

CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of January 2020, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Darci W. Crane
Assistant United States Attorney
Office of the United States Attorney
Washington Group Plaza, IV
800 East Park Blvd., Ste. 600
Boise, ID 83712
darci.crane@usdoj.gov

                                              /s/ Jeffrey Brownson